# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780

Jared P. DuVoisin
*Associate*

Tel: (973) 623-7097
E-Fax: (973) 623-7683
jduvoisin@tompkinsmcguire.com

April 23, 2008

**VIA E-FILING**
Honorable Peter G. Sheridan, U.S.D.J.
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, New Jersey 07101-0999

   Re: Lorenzo v. City of Union City, et al.
     Civil Action No. 06-CV-1682 (PGS)
     Our File No. 1126-242

Dear Judge Sheridan:

  This firm represents defendants, Martin Martinetti, Alex Velazquez and the City of Union City in connection with the above-referenced matter. I have received the Court's notice scheduling a settlement conference for April 25, 2008. Unfortunately, I have been informed that the individual with settlement authority for my clients will be traveling out-of-state on the referenced date. Incidentally, myself as well as Joseph Cobuzio, Esq., will be traveling out-of-state as well. Therefore, we would request a brief adjournment. Along those lines, I note I am available on any date during the week of April 28th through May 2nd.

  Notwithstanding, on this date, I had an opportunity to discuss the pending settlement proposal with Plaintiff's counsel, wherein I indicated the preliminary approval of my clients. I expect the settlement to be fully approved by my clients' representative upon his return on Monday. Plaintiff's counsel indicated that he plans to confer with his client over the weekend concerning the settlement proposal. I am therefore hopeful that this matter can be settled in its entirety next week.

  I thank the Court for its continued assistance in this matter. By all means, should you have any questions or concerns, please do not hesitate to contact me.

       Respectfully submitted,

       /s/ *Jared DuVoisin*

       Jared P. DuVoisin
    For TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

JPD
cc: (*via e-filing*)
   Tomas Espinosa, Esq.

*[Handwritten: New date 5/5/08 at 9:30am w/ clients (PGS)]*

**SO ORDERED:** *[signature]*
**DATED:** 4/24/08