Case 2:06-cv-01682-PGS-ES  Document 58  Filed 09/09/08  Page 1 of 2 PageID: 481
Aug-19-08  04:08pm  From-Tompkins McGuire Wachenfeld & Barry  9736232780  T-817  P.007/008  F-305
Case 2:06-cv-01682-PGS-ES  Document 57  Filed 09/02/2008  Page 1 of 2

Joseph K. Cobuzio, Esq.
**TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000
Attorneys for Defendants Martin Martinetti, Alex Velazquez and The City of Union City

---

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CIVIL ACTION NO. : 06-1682 (PGS)

NESTOR LORENZO, Individually and as Executor of the Estate of Margarita Lorenzo deceased,

       Plaintiff,

vs.

ALFRED SEELEY, RIGAL CONSTRUCTION, INC., MARTIN MARTINETTI, Individually and as Building Official of the City of Union City, ALEX VELAZQUEZ, Individually and as Building Inspector for the City of Union City and THE CITY OF UNION CITY,

       Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The matter in difference in the above entitled action having been amicably adjusted by and between the plaintiff and defendants, City of Union City, Martin Martinetti and Alex Velazquez only, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs

Case 2:06-cv-01682-PGS-ES   Document 58   Filed 09/09/08   Page 2 of 2 PageID: 482
Aug-19-08  04:08pm  From-Tompkins McGuire Wachenfeld & Barry  9736257780  T-617  P.008/008  F-305
Case 2:06-cv-01682-PGS-ES   Document 57   Filed 09/02/2008   Page 2 of 2

against any party, with prejudice as to the aforesaid Defendants.

_____
Tomas Espinosa, Esq.
4005 Bergenline Avenue, Apt. 1
Union City, New Jersey 07087

_____
Jared P. DuVoisin, Esq.
Tompkins McGuire Wachenfeld
Attorneys for Defendants Martin Martinetti, Alex Velazquez and The City of Union City

So Ordered
Peter G. Sheridan
9/6/08

1